# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALOYSIUS J. CAPPER, III,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE FINANCIAL CORPORATION ASSOCIATE SAVINGS PLAN, FIDELITY MANAGEMENT COMPANY AND TRUST, and XYZ INSURANCE COMPANY,<br><br>    Defendants. | Case No. 2:19-cv-02246-JCZ-JVM |

## JOINT STIPULATION OF DISMISSAL

Come now Plaintiff, by counsel, and Defendants, by counsel, and stipulate that this matter be dismissed with prejudice, with each party to bear its own attorneys' fees and costs. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

WHEREFORE, the parties, by their respective counsel, stipulate that this matter be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Tina M. Bengs*
Tina M. Bengs
Admitted *pro hac vice*
56 S. Washington St., Suite 302
Valparaiso, IN 46383
Ph.: (219) 242-8664

Fax: (219) 242-8669
Tina.bengs@ogletree.com

***Attorneys for Defendants Capital One Financial Corporation, Capital One Financial Corporation Associate Savings Plan, and Fidelity Management Trust Company***

CLARY SUBA NEALE

By:*/s/ Christopher T. Freyder*
Christopher T. Freyder, LBN # 37124
406 N. 4th St.
Baton Rouge, LA 70802
Ph.: (225) 926-6788
Fax: (225) 926-8345

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on August 28 2019, a copy of the foregoing *JOINT STIPULATION OF DISMISSAL* has been served on all counsel of record via the Court's Electronic Case Filing System.

*/s/ Tina M. Bengs*
Tina M. Bengs