# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALOYSIUS J. CAPPER, III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE FINANCIAL CORPORATION ASSOCIATE SAVINGS PLAN, FIDELITY MANAGEMENT COMPANY AND TRUST, and XYZ INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 2:19-cv-02246-JCZ-JVM

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulation of Dismissal. The Court, having reviewed said Stipulation and being duly advised, now APPROVES same.

IT IS THEREFORE ORDERED that this matter is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

8/29/19

_____
Judge, United States District Court

39797575.1